**Exhibit A to Short Form Complaint in *In re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL 2873[1]**

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Susana Ramirez | 5/26/1969 | Arizona | District of Arizona | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 2. | Christina Ramirez | 12/23/1970 | North Carolina | Eastern District of North Carolina | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 3. | Gerald Edward Ramsey | 1/1/1970 | Florida | Middle District of Florida | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 4. | James Ramsey | 9/25/1958 | Tennessee | Eastern District of Tennessee | No | Yes | No | liver cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 5. | Tony Elzie Rand | 1/29/1954 | Montana | District of Montana | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, |

[1] Plaintiffs must be listed alphabetically by last name first, then first name. For example: Doe, John.

[2] No more than 150 plaintiffs may be listed. A spousal plaintiff with a loss of consortium claim is considered and will count as a separate plaintiff for this purpose, and the spouse should be listed beneath the plaintiff whose alleged injury gives rise to the spouse's claim/s.

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | IX, XII, XIII, XIV |
| 6. | Michael Wilmot Randall | 1/27/1968 | Nevada | District of Nevada | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 7. | Roberta J. Rapholz | 7/14/1979 | Florida | Southern District of Florida | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 8. | Joey Rawls | 2/4/1957 | Texas | Northern District of Texas | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 9. | Malcolm Ray | 11/17/1989 | Alabama | Northern District of Alabama | No | Yes | No | liver cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 10. | Terri Reas | 12/12/1982 | Indiana | Southern District of Indiana | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 11. | Julie Redwine | 8/14/1991 | California | Eastern District of California | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 12. | Mario Reeve | 10/22/1960 | Utah | District of Utah | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 13. | Rosemary Vickhouse Reid | 6/15/1950 | Virginia | Eastern District of Virginia | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 14. | Erik Renaud | 2/22/1977 | Kentucky | Western District of Kentucky | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 15. | Amy Lynn Restauri | 3/4/1984 | Pennsylvania | Western District of Pennsylvania | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 16. | Bailey Reyes | 12/5/1994 | Ohio | Southern District of Ohio | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 17. | Doug Rhudy | 6/23/1962 | Tennessee | Middle District of Tennessee | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 18. | Melissa Richard | 8/6/1981 | Florida | Southern District of Florida | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 19. | Reginald Richardson | 7/25/1969 | Alabama | Middle District of Alabama | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 20. | Bernard Jerome Richardson | 4/22/1964 | Texas | Western District of Texas | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 21. | Brian Ricks | 6/20/1990 | Tennessee | Western District of Tennessee | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 22. | Colleen Riggle | 1/2/1979 | Georgia | Northern District of Georgia | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 23. | Joshua D Riley | 3/16/1985 | Florida | Middle District of Florida | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 24. | Elaine Pamela Ring | 2/26/1945 | Pennsylvania | Western District of Pennsylvania | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 25. | Joshua J Risser | 5/23/1983 | Ohio | Southern District of Ohio | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 26. | Jessica Ristorucci | 12/1/1985 | Connecticut | District of Connecticut | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 27. | Renee Rittenhouse | 5/8/1987 | Nevada | District of Nevada | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 28. | Kenneth Ritter | 4/15/1949 | Pennsylvania | Eastern District of Pennsylvania | No | Yes | No | testicular cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 29. | Jason Robbins | 8/4/1974 | Georgia | Southern District of Georgia | No | Yes | No | testicular cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 30. | Horace Roberson | 5/23/1965 | Maryland | District of Maryland | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 31. | Gary Roberts Jr | 3/10/1964 | South Carolina | District of South Carolina | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 32. | William Robinson | 5/30/1959 | Tennessee | Middle District of Tennessee | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 33. | Robert Dana Robinson | 4/11/1966 | West Virginia | Southern District of West Virginia | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 34. | Jessica Robinson | 1/30/1989 | Ohio | Southern District of Ohio | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 35. | Thomas Robinson | 4/24/1948 | New York | Eastern District of New York | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 36. | Joy Robles | 12/2/1953 | California | Central District of California | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 37. | John Oscar Rodriguez | 7/6/1968 | California | Eastern District of California | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 38. | Randy Lee Rodriguez | 6/6/1980 | Texas | Western District of Texas | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 39. | Angel Rodriguez | 1/28/1977 | Pennsylvania | Eastern District of Pennsylvania | No | Yes | No | liver cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 40. | Vernon Rogers | 8/21/1963 | Texas | Southern District of Texas | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 41. | Michael Rohdieck | 5/31/1975 | New Jersey | District of New Jersey | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 42. | Kenneth Rolen | 9/1/1963 | Oklahoma | Western District of Oklahoma | No | Yes | No | testicular cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 43. | Rebecca Rolfe | 4/14/1983 | Iowa | Southern District of Iowa | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 44. | Timothy D. Rollings | 1/6/1988 | Texas | Southern District of Texas | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 45. | Omnie Manuel Rosa | 5/3/1984 | Illinois | Northern District of Illinois | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 46. | Stephen Rosenberg | 1/4/1953 | Florida | Southern District of Florida | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 47. | Connie Ann Rosenberry | 4/12/1965 | South Carolina | District of South Carolina | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 48. | Rebecca Roso | 7/27/1978 | Massachusetts | District of Massachusetts | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 49. | Lee Ross | 7/7/1960 | Minnesota | District of Minnesota | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 50. | Frank Ross | 3/9/1948 | Florida | Middle District of Florida | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 51. | Aaron Rosser | 8/21/2001 | New Jersey | District of New Jersey | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 52. | Mark Patrick Rudolph | 7/19/1970 | Florida | Northern District of Florida | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 53. | Timothy Ruettimann | 5/16/1967 | Minnesota | District of Minnesota | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 54. | Gregory Paul Rupert | 5/31/1970 | New York | Northern District of New York | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 55. | Jacqueline Ryan | 7/31/1958 | Pennsylvania | Eastern District of Pennsylvania | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 56. | Milton Saavedra | 10/10/1970 | California | Central District of California | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 57. | Natalie Sabbia | 12/3/1991 | North Carolina | Western District of North Carolina | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 58. | James Sagraves | 3/24/1972 | Kentucky | Western District of Kentucky | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 59. | Juan Sanchez | 1/11/1975 | California | Central District of California | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 60. | Bryon Sanderson | 6/1/1990 | Minnesota | District of Minnesota | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 61. | Marcella Sandoval | 3/1/1970 | California | Eastern District of California | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 62. | Yolanda Yovette Sanford | 12/18/1961 | Alabama | Northern District of Alabama | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 63. | Lavern Sanford | 2/28/1973 | Ohio | Northern District of Ohio | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 64. | Peter Joseph Santana | 1/5/1965 | North Carolina | Western District of North Carolina | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 65. | Tyler Satterfield | 12/21/1985 | Tennessee | Eastern District of Tennessee | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 66. | Scott Savage | 1/19/1951 | Texas | Western District of Texas | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 67. | Tena Haner Sawdy | 10/30/1966 | Michigan | Western District of Michigan | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 68. | Michael Scerbo | 3/18/1953 | New York | Eastern District of New York | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 69. | Frederick William Schepp | 11/20/1946 | Texas | Southern District of Texas | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 70. | David Paul Scherff | 9/14/1965 | Florida | Middle District of Florida | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 71. | Kelsi Schmidt | 9/13/1991 | Tennessee | Eastern District of Tennessee | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 72. | Aaron Schmissrauter | 9/5/1985 | Tennessee | Eastern District of Tennessee | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 73. | Michael Schneider | 4/23/1996 | Minnesota | District of Minnesota | No | Yes | No | testicular cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 74. | Julie Schultheis | 4/13/1986 | Oregon | District of Oregon | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 75. | David Ronald Schultz | 5/3/1953 | Colorado | District of Colorado | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 76. | Jennifer Schultz | 4/19/1980 | Utah | District of Utah | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 77. | Catherine Schultz | 10/22/1955 | New York | Northern District of New York | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 78. | Chante Janique Scott | 9/18/1978 | Virginia | Eastern District of Virginia | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 79. | Michael Dewayne Seabrum Sr. | 12/20/1972 | Georgia | Northern District of Georgia | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 80. | David A Seal | 8/1/1970 | Texas | Western District of Texas | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 81. | Tyler Winston Sears | 1/21/1985 | Massachusetts | District of Massachusetts | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 82. | Jeannie Seebaug | 12/20/1972 | West Virginia | Northern District of West Virginia | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 83. | Janie F. Sellers | 1/22/1965 | Texas | Western District of Texas | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 84. | Jennifer Sellers | 1/2/1969 | Maryland | District of Maryland | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 85. | Randi Seltman | 12/13/1968 | Pennsylvania | Western District of Pennsylvania | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 86. | Carlos Sena | 7/24/1974 | New Mexico | District of New Mexico | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 87. | Michael W. Setzer | 12/28/1960 | North Carolina | Western District of North Carolina | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 88. | Wayne Michael Severson | 7/4/1954 | Washington | Western District of Washington | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 89. | Candy Shafer | 7/30/1979 | California | Central District of California | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 90. | Derek Shannon | 9/28/1980 | Kentucky | Western District of Kentucky | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 91. | Dennis Sharpe Sr. | 8/7/1951 | New York | Western District of New York | No | Yes | No | testicular cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 92. | Troy Shelton | 2/2/1967 | Wisconsin | Eastern District of Wisconsin | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 93. | Velma Shepherd | 7/2/1954 | California | Central District of California | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 94. | Cameron Shields | 8/24/1988 | Mississippi | Southern District of Mississippi | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 95. | Kenneth Shipman | 8/10/1982 | California | Eastern District of California | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 96. | Rick Shojaei | 2/28/1958 | Texas | Southern District of Texas | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 97. | Bonnie Short | 6/5/1976 | Georgia | Northern District of Georgia | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 98. | Kevin L Siglar | 6/9/1964 | California | Central District of California | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 99. | Danarose Silletta | 4/19/1972 | New York | Southern District of New York | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 100. | Andy Silva | 6/25/1996 | California | Central District of California | No | Yes | No | testicular cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 101. | Tara Simmons | 11/28/1978 | Arizona | District of Arizona | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 102. | Kevin Edward Simmons | 6/26/1956 | Florida | Middle District of Florida | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 103. | Mary Simon | 11/19/1950 | Oklahoma | Western District of Oklahoma | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 104. | Marty Sinigayan | 9/24/1961 | California | Southern District of California | No | Yes | No | liver cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 105. | Norma Sleek | 9/19/1980 | Illinois | Central District of Illinois | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 106. | Angela Smail | 8/31/1981 | Indiana | Southern District of Indiana | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 107. | Lashun Small | 1/14/1971 | Mississippi | Southern District of Mississippi | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 108. | Mark Alan Smandra | 8/9/1962 | California | Eastern District of California | No | Yes | No | testicular cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 109. | Jennifer Smetana | 11/4/1977 | Texas | Western District of Texas | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 110. | Billy R Smith | 11/22/1955 | Texas | Southern District of Texas | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 111. | Roger Smith Sr | 4/27/1958 | California | Central District of California | No | Yes | No | testicular cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 112. | Georgette Smith | 5/15/1969 | Florida | Southern District of Florida | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 113. | Carlos Lavell Smith | 6/24/1964 | Illinois | Northern District of Illinois | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 114. | Cathy Smith | 9/3/1985 | Mississippi | Southern District of Mississippi | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 115. | Robert Smith | 5/12/1952 | Kansas | District of Kansas | No | Yes | No | testicular cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 116. | Tavia Smith | 12/11/1979 | Missouri | Western District of Missouri | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 117. | Victoria J. Smith | 4/30/1982 | Alabama | Northern District of Alabama | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 118. | Kanitra Smith | 12/22/1988 | Missouri | Eastern District of Missouri | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 119. | Karin Smith | 1/30/1967 | Texas | Southern District of Texas | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 120. | Eric Alan Smith | 3/16/1993 | Arizona | District of Arizona | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 121. | Maurice Smith | 2/3/1969 | Kentucky | Western District of Kentucky | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 122. | Savely Snegireff | 10/13/1979 | Oregon | District of Oregon | No | Yes | No | testicular cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 123. | Matthew Joseph Snope | 11/21/1964 | Washington | Western District of Washington | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 124. | Steve Solis | 5/14/1960 | Texas | Western District of Texas | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 125. | Sammy Solomone | 4/4/1976 | Pennsylvania | Eastern District of Pennsylvania | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 126. | Jose Soria | 4/12/1972 | Arizona | District of Arizona | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 127. | Michele Soule | 12/18/1965 | Montana | District of Montana | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 128. | Rusty Spaugh | 9/25/1968 | North Carolina | Middle District of North Carolina | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 129. | Michael Warren Spies | 1/20/1958 | Missouri | Eastern District of Missouri | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 130. | Hubert Lee Spires | 10/19/1957 | Mississippi | Southern District of Mississippi | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 131. | Anthony Michael Spires | 10/26/1967 | Ohio | Southern District of Ohio | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 132. | Linnie Melissa Spor | 10/22/1962 | Utah | District of Utah | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 133. | Christalyn Springs | 2/17/1997 | Florida | Northern District of Florida | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 134. | Sean Springston | 4/12/1972 | Kentucky | Western District of Kentucky | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 135. | Angelica Spurigo | 3/20/1989 | Arkansas | Western District of Arkansas | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 136. | Angela Stafford | 5/23/1972 | West Virginia | Southern District of West Virginia | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 137. | Scott Staggs | 4/24/1973 | Florida | Southern District of Florida | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 138. | Blair Stamm | 1/22/1961 | Oregon | District of Oregon | No | Yes | No | testicular cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 139. | Nicholas Stanley | 12/18/1978 | Idaho | District of Idaho | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 140. | Sandra Stapleton | 9/15/1949 | Ohio | Southern District of Ohio | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 141. | Joe Stearns | 5/8/1961 | Pennsylvania | Eastern District of Pennsylvania | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 142. | Amy Stephens | 1/24/1976 | West Virginia | Southern District of West Virginia | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 143. | Tamra Stevens | 10/25/1971 | Florida | Southern District of Florida | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 144. | Crystal A Stevens | 2/5/1974 | Pennsylvania | Middle District of Pennsylvania | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 145. | Eros Stewart | 4/30/1977 | Florida | Middle District of Florida | No | Yes | No | testicular cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 146. | Matthew Stewart | 2/18/1996 | Ohio | Southern District of Ohio | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 147. | Alison Stinnett | 2/10/1972 | Washington | Western District of Washington | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 148. | Brenda Stinson | 6/10/1958 | Georgia | Middle District of Georgia | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 149. | Susan Stollenwerck | 1/3/1955 | Alabama | Middle District of Alabama | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 150. | James Stone | 1/2/1952 | Florida | Southern District of Florida | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |